Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 9 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-CR-2051-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8) |
| MITCHELL JASON RANES, | Felon in Possession of Ammunition |
| Defendant. | 18 U.S.C. § 924(d)(l), 28 U.S.C. § 2461 Forfeiture Allegations |

The Grand Jury charges:

On or about January 22, 2025, in the Eastern District of Washington, the Defendant, MITCHELL JASON RANES, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit: six (6) rounds of Winchester 9mm Luger ammunition, which ammunition had

INDICTMENT – 1

theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, MITCHELL JAMES RANES, shall forfeit to the United States of America any ammunition involved or used in the commission of the offense, including, but not limited to:

- Six (6) rounds of Winchester 9mm Luger ammunition.

DATED this 8TH day of April 2025.

Richard R. Barker
Acting United States Attorney

Todd M. Swensen
Assistant United States Attorney

INDICTMENT – 2